## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

REINALDO GUEVARA MARTINEZ,

      Petitioner,

      v.

VERNON LIGGINS,
*Director, Baltimore Field Office,*
*U.S. Immigration and Customs Enforcement,*
KRISTI NOEM,
*Secretary of Homeland Security*, and
PAMELA BONDI,
*Attorney General of the United States,*
*in their official capacities,*

      Respondents.

Civil Action No. 26-0520-TDC

## ORDER

On February 19, 2026, the parties filed a Joint Status Report stating that Petitioner Reinaldo Guevara Martinez received a bond hearing on February 13, 2026. JSR at 1, ECF No. 9. According to Guevara Martinez, the immigration judge found that he was not a danger to the community but found that he "is a flight risk based solely on the [immigration judge's] determination that [Guevara Martinez's] asylum claim . . . was not sufficiently strong" and denied him bond on that basis. *Id.* at 1–2. Guevara Martinez states that he is considering moving to enforce the Court's February 10, 2026 Order, ECF No. 8, on the ground that the bond hearing was not conducted pursuant to the relevant statute and regulations as required by the Order. JSR at 2. Guevara Martinez asks that the Court "keep this case open for 30 days or otherwise expressly retain jurisdiction to enforce" the Order. *Id.* According to Respondents, this case should be closed

because Guevara Martinez received a bond hearing and the proper forum for recourse is the Board of Immigration Appeals ("BIA"), not this Court. *Id.* at 2–3.

Accordingly, it is hereby ORDERED that:

1. The parties shall file a second Joint Status Report within **14 days** of the date of this Order.

2. If Guevara Martinez appeals the immigration judge's decision to the BIA before that date, he shall immediately file a Notice reporting on that fact and stating whether this case may be closed.

3. The Court retains jurisdiction to enforce compliance with this Order and prior Orders.

Date: February 2Y, 2026

THEODORE D. CHUANG
United States District Judge